# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

FILED

| | |
|---|---|
| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE (For Revocation of Probation or Supervised Release) |
| v. | CASE NUMBER: 3:90-cr-84-J-12TEM<br>USM NUMBER: 11490-018 |
| JOHNNIE ROSS | Defendant's Attorney: James H. Burke, Jr. )AFPD) |

**THE DEFENDANT:**

___ admitted guilt to violation of charge number ____ of the term of supervision.

**X** was found in violation of charge number(s) **1-3** after denial of guilt.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New criminal conduct- Aggravated Battery with a Deadly Weapon, Shooting Deadly Missiles into a Dwelling and Possession of a Firearm by a Convicted Felon | April 2009 |
| 2 | Possession of a Firearm, Ammunition or a Destructive Device | April 2009 |
| 3 | Failure to Notify Probation Officer within 72 Hours After Being Arrested | April 2009 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

_____ The defendant has not violated charge number(s) _____ and is discharged as to such violation charge(s).

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: March 31, 2010

*Howell W. Melton*
HOWELL W. MELTON
SENIOR UNITED STATES DISTRICT JUDGE

DATE: March 31, 2010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **thirty (30) months**.

__X__ The Court makes the following recommendations to the Bureau of Prisons: FCI Coleman FL

__X__ The defendant is remanded to the custody of the United States Marshal.

____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.   p.m. on _____.

    ____ as notified by the United States Marshal.

____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on Monday, November 30, 2009

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

                                                       UNITED STATES MARSHAL

              By

                                                      DEPUTY UNITED STATES MARSHAL